# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129125 & (75)

LINDA S. AMOS,
        Plaintiff-Appellees,

v

KELLER TRANSFER LINE, INC., and
JOHN LUCAS,
        Defendants,
and

RTI TRANSPORT, INC.,
        Defendant-Appellant.
_____

SC: 129125
COA: 254232
Wayne CC: 02-200555-NI

        On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of Defendant-Appellant's motion for reconsideration is considered and, IT IS HEREBY ORDERED that the motion for reconsideration is DISMISSED with prejudice and without costs.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2006                                               
                                                 Clerk